**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

N.Y.S.D. Case #
14-cv-2447(LAK)

**MANDATE**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of November, two thousand and fifteen.

Before:　　Amalya L. Kearse,
　　　　　　John M. Walker, Jr.,
　　　　　　José A. Cabranes,
　　　　　　　　*Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2015

King Range,

　　Plaintiff - Appellant,

v.

480-486 Broadway, LLC, Madewell Inc., J. Crew Group, Inc.,

　　Defendants - Appellees.

**JUDGMENT**
Docket No. 14-3987

　　The appeal in the above captioned case from an oral order of the United States District Court for the Southern District of New York was submitted on the district court's record and the parties' briefs. Upon consideration thereof,

　　IT IS HEREBY ORDERED, ADJUDGED and DECREED that the appeal is DISMISSED for want of appellate jurisdiction.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/30/2015