UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KING RANGE,

                Plaintiff,

      -against-                                         14-cv-2447 (LAK)

480-486 BROADWAY, LLC, et ano.,

                Defendants.
------------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 10/1/2019

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff moved to amend his complaint to drop certain claims. The Court prematurely granted the motion on conditions, as it mistakenly understood that plaintiff's time to reply to defendants' request had expired.

       Plaintiff then sought reconsideration, pointing out that his time to reply had not expired and that he was entitled to object to the conditions imposed. The Court acknowledged the error, vacated the order conditionally granting leave to amend, and reopened plaintiff's motion to amend.

       In view of plaintiff's objection to the conditions imposed, plaintiff's motion for leave to amend [DI 58] is denied. The end plaintiff seeks to achieve is vexatious and inappropriate given the overall history of this case and of the actions of plaintiff's counsel in other cases in this district. *See, e.g., Range v. 535 Broadway Group LLC*, No. 17-cv-0423 (WHP), 2019 WL 4182966, at *2 (S.D.N.Y. Sept. 9, 2019) (citing cases).

       SO ORDERED.

Dated:     October 1, 2019

                                                         Lewis A. Kaplan
                                                  United States District Judge